THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
1165 Hoff way, #203
Orland, CA 95963
Telephone: 415-389-8600
Cell: 530-824-1000
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiff
BYRON CHAPMAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Byron Chapman,<br><br>Plaintiff(s),<br><br>v.<br><br>Mundo's Cafe, *et al.*,<br><br>Defendant(s) | CASE NO. 5:18-CV-06693-EJD<br><br>**EX PARTE REQUEST FOR THREE DAY EXTENSION TO FILE MOTION FOR DEFAULT JUDGEMENT** |

I, Thomas E. Frankovich, declare that due to case load and personal business, I have been unable to prepare the necessary documents for default judgement in the above captioned matter. Addionally, Plaintiff Byron Chapman is out of the area and unable to draft and sign his declaration.

Date: January 16, 2020　　　　　　　　　　　　THOMAS E. FRANKOVICH

　　　　　　　　　　　　　　　　　　　　　　*A Professional Law Corporation*

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Thomas E. Frankovich
　　　　　　　　　　　　　　　　　　　　　　Thomas E. Frankovich
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Byron Chapman
///

**EX PARTE REQUEST FOR THREE DAY EXTENSION TO FILE MOTION FOR DEFAULT JUDGEMENT
CASE NO. 5:16-cv-02893-EJD**
1

GOOD CAUSE APPEARING it is so ordered that Plaintiff have up to and including January 29, 2020 to file default judgement in the above captioned matter.

Date: _____

Edward J. Davila, Judge

APPROVED
Judge Edward J. Davila
1/17/2020